Case 3:16-cv-00149-MMD-VPC   Document 7   Filed 11/07/16   Page 1 of 2



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KARL KNIGHT II, | ) |
| Plaintiff, | ) |
| v. | ) 3:16-cv-00149-MMD-VPC |
| R. SANCHEZ et al., | ) ORDER |
| Defendants. | ) |

## I. DISCUSSION

On September 29, 2016, the Court issued a screening order permitting some claims to proceed and dismissing other claims with leave to amend. (ECF No. 4 at 11). The Court granted Plaintiff 30 days from the date of that order to file an amended complaint curing the deficiencies of his claims. (*Id.*). The Court specifically stated that if Plaintiff chose not to file an amended complaint, the action would proceed only on Plaintiff's Eighth Amendment excessive force claim against defendant Sanchez and Plaintiff's Fourth Amendment strip search claim against defendants Cossio, Ramm, Sanchez, and Tracey. (*Id.* at 12). Plaintiff has not filed an amended complaint. Pursuant to the screening order, this action shall proceed only on Plaintiff's Eighth Amendment excessive force claim against defendant Sanchez and Plaintiff's Fourth Amendment strip search claim against defendants Cossio, Ramm, Sanchez, and Tracey.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that, pursuant to the Court's screening order (ECF No. 4), this action shall proceed only on Plaintiff's Eighth Amendment excessive force claim against defendant Sanchez and Plaintiff's Fourth Amendment strip search claim against defendants Cossio, Ramm, Sanchez, and Tracey.

IT IS FURTHER ORDERED that the Clerk of Court **SHALL ISSUE** summonses for Defendants Cossio, Ramm, Sanchez, and Tracey, **AND DELIVER THE SAME**, to the U.S. Marshal for service. The Clerk **SHALL SEND** to Plaintiff **four (4)** USM-285 forms. The Clerk also **SHALL SEND** a copy of the complaint (ECF No. 5) and a copy of this order to the U.S. Marshal for service on Defendant(s). Plaintiff shall have **thirty (30) days** within which to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each Defendant on each form. Within **twenty (20) days** after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying which Defendant(s) were served and which were not served, if any. If Plaintiff wishes to have service again attempted on an unserved Defendant(s), then a motion must be filed with the Court identifying the unserved Defendant(s) and specifying a more detailed name and/or address for said Defendant(s), or whether some other manner of service should be attempted.

IT IS FURTHER ORDERED that henceforth, Plaintiff shall serve upon Defendants or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other document submitted for consideration by the Court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the Defendants or counsel for the Defendants. The Court may disregard any paper received by a district judge or magistrate judge which has not been filed with the clerk, and any paper received by a district judge, magistrate judge or the clerk which fails to include a certificate of service.

DATED: This 7th day of November, 2016.

_____
United States Magistrate Judge