1  CHRISTOPHER J. HICKS
   Washoe County District Attorney
2
   HERBERT B. KAPLAN
3  Deputy District Attorney
   Bar No. 7395
4  P.O. Box 11130
   Reno, NV 89520-0027
5  hkaplan@da.washoecounty.us
   (775)337-5700
6  ATTORNEY FOR DEFENDANTS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KARL KNIGHT, II,, | |
| Plaintiffs, | Case No. 3:16-CV-00149-MMD-VPC |
| vs. | |
| DEPUTY R. SANCHEZ; DEPUTY A. TRACEY; and DEPUTY J. COSSIO, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| Defendants. | |

COME NOW Plaintiff and Defendants, by and through their respective undersigned counsel of record, and hereby stipulate to the dismissal of this action in its entirety with prejudice, pursuant to FRCP 41(a).

//
//
//
//
//
//

Each party shall bear their own attorney's fees and costs, except as specifically provided in the agreement executed by the parties herein.

Dated this 31st day of August, 2017.

CHRISTOPHER J. HICKS
District Attorney

By _____
HERBERT B. KAPLAN
Deputy District Attorney
P.O. Box 11130
Reno, NV 89520-0027
hkaplan@da.washoecounty.us
(775) 337-5700

Dated this 25TH day of August, 2017.

_____
KARL KIPLING KNIGHT, II
#1054038
HDSP
P.O. Box 650
Indian Springs, NV 89070

PLAINTIFF, in proper person

IT IS SO ORDERED.

Dated: September 7, 2017

_____
U.S. District Judge